Form 3A
(10/05)

# United States Bankruptcy Court

District Of ___Illinois___

In re __Crystal Davis__,
Debtor

Case No. __08-5487__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __74.75__    Check one  ☐ With the filing of the petition, or
                              ☒ On or before __3/20/08__
    $ __74.75__    on or before __4/10/08__
    $ __74.75__    on or before __4/25/08__
    $ __74.75__    on or before __5/10/08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _____ 3/7/08
Signature of Attorney    Date         Signature of Debtor          Date
                                      (In a joint case, both spouses must sign.)

_____          
Name of Attorney                      _____
                                      Signature of Joint Debtor (if any)    Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 7 2008
KENNETH S. GARDNER, CLERK
PS REP. - EG

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____ Illinois _____

In re __Crystal Davis__,
              Debtor

Case No. 08-5487

Chapter 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐ With the filing of the petition, or
                                ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: Mar. 7, 2008

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner, Clerk of the Court